UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

      PLAINTIFF,

-vs-                                  Case No. 1:12-cr-00005-WTH-GRJ

ELIAS SALOMON PEREZ-MONGE,

      DEFENDANT.
_____/

## O R D E R

    This cause comes on for consideration upon the Magistrate Judge's Report and

Recommendation dated February 24, 2017. (Doc. 68). The parties have been furnished

a copy of the Report and Recommendation and have been afforded an opportunity to

file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for

filing objections has passed, and none have been filed. Having considered the Report

and Recommendation, I have determined that the Report and Recommendation should

be adopted.

    Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1.    The Magistrate Judge's Report and Recommendation, Doc. 68, is adopted and incorporated by reference in this order.

2.    The clerk is directed to enter the following judgment: "The Amended Motion to Vacate, Set Aside, or Correct Sentence Pursuant to  28 U.S.C. § 2255, Doc. 64, is **DENIED**. A certificate of appealability is **DENIED**."

3.    The clerk is directed to close the file.


IT IS SO ORDERED.

DONE and ORDERED at Gainesville, Florida this 13th day of April, 2017.

UNITED STATES DISTRICT JUDGE